# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __16-1146__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Abella Owners' Association

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/C. Fredric Marcinak
(signature)

C. Fredric Marcinak                     864.751.7691
Name (printed or typed)                 Voice Phone

Smith Moore Leatherwood LLP             864.751.7800
Firm Name (if applicable)               Fax Number

PO Box 87

Greenville, SC 29602-0087               fredric.marcinak@smithmoorelaw.com
Address                                 E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 2/_17_, 2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Richard Ashby Farrier, Jr
Richard.FarrierJr@klgates.com

s/C. Fredric Marcinak                                     2/_17_/2016
Signature                                                 Date

11/17/2011
SCC