FILED: March 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1146
(2:12-mn-00001-DCN)
(MDL No. 2333)

_____

In re: MI WINDOWS AND DOORS INC PRODUCTS LIABILITY LITIGATION

-------------------------------

ABELLA OWNERS ASSOCIATION

  Respondent - Appellant

CONTRACTOR PLAINTIFFS' LIAISON COUNSEL; HOMEOWNER PLAINTIFFS' LIAISON COUNSEL; HOMEOWNER PLAINTIFFS' LEAD COUNSEL; CONTRACTOR PLAINTIFFS' LEAD COUNSEL

  Plaintiffs

v.

MI WINDOWS & DOORS, INC.

  Defendant - Appellee

 and

SIGNATURE HOMES, INC.; SIGNATURE AT ABELLA, LLC; SIGNATURE PROPERTIES, INC.; KULLY MANDON; LINDA KIME; ROBERT HUGGINS

  Defendants

J. T. WALKER INDUSTRIES, INC.

  Intervenor

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 05/06/2016

Opening brief due: 05/06/2016

Response brief due: 07/06/2016

Any reply brief: 14 days from service of response brief.

                                         For the Court--By Direction

                                         /s/ Patricia S. Connor, Clerk